UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA --- SOUTHERN DIVISION

| | |
|---|---|
| JAMIE TRANS and JAMES TRANS,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WORLD SAVINGS BANK, FSB; GOLDENWEST SAVINGS ASSOCIATION SERVICE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. ("MERS"); WELLS FARGO BANK, N.A., AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; And DOES 1 to 20, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:12-cv-01249-CJC(RNBX)<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Cormac J. Carney*] |

On January 3, 2013, this Court issued an Order granting Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A. formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") and Golden West Savings Association Service Co. ("Golden West") (collectively referred to as "Wells Fargo") Motion to Dismiss Plaintiff's First Amended Complaint without leave to amend. Therefore, in accordance with the Court's January 3, 2013 Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Defendant Wells Fargo is dismissed from this action with prejudice;
2. Judgment is entered in favor of Wells Fargo and against Plaintiffs Jaime Trans and James Trans;
3. Plaintiffs Jaime Trans and James Trans shall take and recover nothing from Wells Fargo; and
4. As the prevailing party, Wells Fargo may submit motions to tax costs and to recover reasonable attorneys' fees.

**IT IS SO ORDERED:**

DATED:  1/16/13

THE HON. CORMAC J. CARNEY
UNITED SATES DISTRICT JUDGE